FILED

OCT 2 3 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 13-30247-MJR |
| vs. | ) | |
| | ) | Title 18, United States Code |
| STEVEN GORDON, | ) | Section 641 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Embezzlement of Public Funds

1.  At all times material to this indictment:

    a. The Illinois Department of Employment Security (hereinafter "IDES") operated the State of Illinois unemployment insurance (hereinafter "UI") program, which was an employer-funded program providing temporary income replacement for individual workers who lost their jobs through no fault of their own.

    b. The administrative costs incurred by IDES were funded primarily by the federal government. The unemployment insurance benefits paid by IDES were funded primarily by contributions from employers and, during times of high unemployment, by the United States Treasury.

    c. Illinois law required that IDES pay UI payments in accordance with regulations prescribed by IDES.

      d.     After a worker became involuntarily unemployed, he or she was entitled to make a claim for UI benefits. To make a claim, a worker went to an IDES office and completed and signed various benefit application forms, which set forth, among other things, the name of the worker's employer and the worker's name and Social Security number. An IDES employee entered into the IDES computer system information submitted by the worker.

      e.     Once IDES approved a claimant to receive UI payments, a UI claimant was required, approximately every two weeks, to certify over the telephone, through the use of a personal identification number ("PIN") unique to each claimant, certain information in order to continue receiving UI payments (hereinafter "IDES certification process").

      f.     As part of the IDES certification process, an automated telephone service asked the UI claimant a number of questions, including: (1) whether the UI claimant had worked during the certification period; (2) whether the UI claimant was able to work; (3) whether the UI claimant was available for work; and (4) whether the UI claimant was actively looking for work during the certification period.

      g.     IDES relied on the UI claimant's telephonic answers to the certification questions in determining whether to continue paying UI benefits to the claimant, and if so, the amount of the benefits.

      h.     Defendant was employed by Advanced Digital Solutions from October 2009 through March 2010 while collecting UI. He also was employed by RCM Unlimited Construction from July 2011 through May 2012 while collecting UI.

      i.     From on or about September 27, 2009 through on or about March 27, 2010 and from on or about June 26, 2011 through on or about May 19, 2012 defendant knowingly converted to his own use approximately $35,840.00 in UI payments from IDES.

2. From on or about September 27, 2009 through on or about March 27, 2010 and from on or about June 26, 2011 through on or about May 19, 2012, in Effingham County Illinois, within in the Southern District of Illinois, and elsewhere,

**STEVEN GORDON,**

defendant herein, did knowingly and willfully steal, purloin, and convert to his own use money belonging to the United States of America, namely, approximately $35,840.00 in funds administered by the Illinois Department of Employment Security, which funds defendant was not entitled to receive.

All in violation of Title 18, United States Code, Section 641.

**A TRUE BILL**

---

Stuart J. Zander
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

Bond Recommendation: $10,000 (unsecured)